UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WAYNE WILLIS,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN NEWBOLD,<br><br>Defendant. | Case No. 17-cv-536-JPG-RJD |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant Steven Newbold and against plaintiff Wayne Willis and that this case is dismissed with prejudice.

**DATED: May 21, 2019**

**MARGARET M. ROBERTIE, Clerk of Court**

**s/Tina Gray, Deputy Clerk**

**Approved:** s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**